**No. 46320.**—Protests 44234–K, etc., of Geo. S. Bush & Co. et al. (Portland, Oreg., etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.